Page 3

**FILED**
10/11/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# SOUTHERN DISTRICT OF INDIANA
## 28 U.S.C. § 2254 HABEAS CORPUS PETITION
### BY A PERSON IN STATE CUSTODY

| | |
|---|---|
| Name (under which you were convicted): Jason B. Ison | Cause No. (assigned by clerk after filing) |
| Prisoner Number: 247785 | 27H01-2111-CM-000655 |

Place of Confinement : New Castle Correctional Facility, New Castle, Indiana

In this petition, you may only challenge one State criminal case or one probation/parole revocation proceeding. If you want to challenge other judgments or proceedings, you must file a separate petition for each one. If you are challenging a federal conviction or a prison disciplinary proceeding, you need a different form. If you do not fill out this form properly, you may be asked to submit additional or corrected information. **Please type or neatly print your responses.**

## CONVICTION AND SENTENCE

1. (a) Name of the State court that entered the conviction you are challenging or for which your probation/parole was revoked: Indiana /Paroled out of Hancock County /Grant County (charge)

   (b) Criminal case number: 27H01-2111-CM-000655

   (c) Date of sentencing: ___/___/___ (d) Length of sentence: ___O___

   (e) Did you plead guilty? ☐ Yes ☑ No (f) Did you have a jury trial? ☐ Yes ☑ No

2. List the crime(s) of which you were convicted in this case: Intimidation

## PROBATION/PAROLE REVOCATION

3. Are you challenging a probation/parole revocation?

   ☐ Yes, the revocation hearing was held on: ___/___/20___ by _____

   ☑ No (skip question 4)

4. List the reason(s) your probation/parole was revoked: Cited as out of compliance, However, The charge that I was charged with- the complaining witness is currently being charged with Filing A Fake Intiming charge against "

(For challenges to probation/parole revocation proceedings, list only direct appeals, post-conviction, and other collateral attacks that were associated with challenging the probation/parole violation.)

## DIRECT APPEAL (do not include post-conviction relief petitions or other collateral attacks in this section)

5. Did you take a direct appeal to the Indiana Court of Appeals? ☐ Yes ☑ No

   (a) Case number. _____ Date of result: ___/___/___

   (c) Result: _____

6. Did you directly appeal (or petition to transfer) to the Indiana Supreme Court? ☐ Yes ☑ No

   (a) Case number: _____ (b) Date of result: ___/___/___

   (c) Result: _____

7. Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☑ No

   (a) Case number: _____ (b) Date of result: ___/___/___

   (c) Result: _____

**FIRST POST-CONVICTION RELIEF PETITION**

8. Did you file a post-conviction relief petition in a State circuit or superior court? ☐ Yes ☑No

    (a) Name of the court: _____

    (b) Case number: _____ (c) Date of filing: _____/_____/_____

    (d) Result: _____ (e) Date of result: _____/_____/_____

9. Did you appeal to the Indiana Court of Appeals? ☐ Yes ☑No

    (a) Case number: _____ (b) Date of result:_____/_____/_____

    (c) Result: _____

10. Did you appeal (or petition to transfer) to the Indiana Supreme Court? ☐ Yes ☑No

    (a) Case number: _____ (b) Date of result:_____/_____/_____

    (c) Result: _____

11. Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☑No

    (a) Case number: _____ (b) Date of result:_____/_____/_____

    (c) Result: _____

**OTHER COLLATERAL ATTACKS**

12. Other than the proceedings listed above, have you filed in State court any other petitions, applications, or motions challenging this conviction or revocation proceeding? ☑Yes ☐No

    (a) Name of the court: *Gas City City Court*

    (b) Case number: *27H01-2111-CM-000655* (c) Date of filing: *6/23 2022*

    (d) Result: *Denied because have'nt been Convicted* (e) Date of result: _____/_____/_____

    (f) Did you appeal (or petition to transfer) to the Indiana Supreme Court? ☐ Yes ☑No

    (g) Case number: _____ (h) Date of result:_____/_____/_____

    (i) Result: _____

13. Have you previously challenged this conviction or revocation in a federal court? ☐ Yes ☑No

    (a) Name of the federal court: _____

    (b) Nature of the proceeding: _____

    (c) Federal case number: _____ (d) Date of result:_____/_____/_____

    (e) Result: _____

14. Do you have any case or appeal challenging this conviction or revocation now pending (filed and not decided yet) in any federal or State court? ☑Yes ☐No

    (a) Name of the court (reprint the information here even if you have listed it previously on this form): _____

    *Grant County, Gas City City Court, Indiana Parole Board*
    *I was Cited out of compliance, However, the charge that*
    *I was Charged with - The Complaining witness is Currently*
    *Being charged with a false Informing Charge Against me*

    (b) Nature of the proceeding: *Motion to Dismiss / Request for Release*

    (c) Case number: *27H01-2111-CM-000655* (d) Date of filing: _____/_____/_____

**GROUNDS RAISED IN THIS HABEAS CORPUS PETITION**

Page 5

For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Attach additional pages if needed. You do not need to cite law. If you want to submit a legal brief or arguments, attach a separate memorandum.

CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.

15. GROUND ONE: Whether the Petitioner has been Denied his right to liberty And his right to speedy trial; And Right to been Injured IN his reputation under the 5th and 6th Amend. to the U.S. Constitution & Art. 1 Sect. 12 & 13 of Indiana Constitution.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

(b) Did you present Ground One to the Indiana Supreme Court? ☐ Yes - Explain how. ☑ No - Explain why not.

Does not have Jurisdiction over Matter

_____

_____

_____

GROUND TWO: _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Two to the Indiana Supreme Court? ☐ Yes - Explain how. ☐ No - Explain why not.

_____

_____

_____

_____

NCCF#   Rev. 04/07/21 (09:28:03 AM)

Page 6

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Three to the Indiana Supreme Court? ☐ Yes - Explain how. ☐ No - Explain why not.

_____

_____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Four to the Indiana Supreme Court? ☐ Yes - Explain how. ☐ No - Explain why not.

_____

_____

_____

_____

**TIMELINESS OF PETITION**

NCCF#    (Rev. 04/07/21 (09:28:03 AM)

16. Explain why this petition is timely under the provisions of 28 U.S.C. § 2244(d).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**PRAYER FOR RELIEF**

Therefore, petitioner asks that the Court grant the following relief: ___Immediate Release___

_____

_____ or any other relief to which petitioner may be entitled.

There is a $5.00 fee for filing this habeas corpus petition. If you have more than $15.00 in your inmate trust account or if you received an average of $15.00 a month during the past six months, you must pay the filing fee. If you cannot pay the fee, you may ask to have the fee waived. To do that, you must fill out an *in forma pauperis* petition and attach a copy of your inmate trust fund ledger for the past six months. When you have completed this form, send the original to the appropriate District Court Clerk's Office.

**DECLARATION AND SIGNATURE**

I declare under penalty of perjury that I have truthfully answered all of the foregoing questions to the best of my ability and that this Petition for Writ of Habeas Corpus was signed and placed in the prison mailing system on

10 / 03 / 2022 . (month, date, year).

_____
Signature

(1 pg.)

So I was sentenced to 15 years to D.O.C.
And got out last year May 10th 2021.
I was Incarcerated from 2013 June 6 to
2021 May 10th 8 years and 5 months
And out on Parole for over 1 year out of
2 years Manditory Parole until I was
violated for out of Compliance, for living
In Grant County with my Fiance - Tara Bodkins
wich is also the Witness to my Pending
case in Grant County, But also gave
Statement to Prosecuter on my current
Charge against me, in Grant County
By Brian E. Crist, for Intimidation and
(Tara Bodkins, Also, But Tara Told the
Truth to Prosecuter about Brian Lieing
And Being Jealous of us together. So
Moral of Story is Brian was mad
I was With - Tara Bodkins. I was
with her and Am still with her
even though I'm Incarcerated. Tara's
Info is 417 North 10th St, Gas City,
In. 46933 574-201-2416, I Am Being
held At New Castle Facility for parole
violation, But am Being Denied my Right to
trial And/or Dismiss Due to Colaberating Witness
Statements (Tara M. Bodkins) About her eye
witness Statements Turned In to
Prosecuter In Grant County, In her
   living Room About her Admittance on
her And Brian Falsifing My Charges
"Intimidation", Wich Both have been locked up
And Bonded out, I feel I'm Due to Be Seen

(2 pg)

Bye Parole Now here at New Castle.
But Being Denied Parole, Because my
Pending Charges I am <u>not Guilty</u>
for And Never Have Been, are
Holding me / ware housing me So to speak
Due to Henry County Parole Board here at
New Castle Prison Denieing my Parole
violation, And Grant County Denieing My
Court hearing Due to Unrelated Pending
Charge for Violation of Parole.

So I prey The Courts
See to let me get released
And have my fair start to
my freedom again instead of
un lawfully Held in Prison with
No rightful Judgement.

This is Jason Boford Ison
247785 DoC# And I ask
to Be released on the Grounds
of the InAdequate time Allotted
on my Parole And I Allready
Served my 8 1/2 years And Now 5 more
months waiting to Be seen By
Parole, I feel I've Been more
Than PatIent And Denied every
Attempt to seek legal justice
for this matter, Please Take In
Consideration And look Into this
wrongful misdemeanor Charge holding me from
fair Parole violation Review, Thanks for Time
Jason Ison