UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JASON B. ISON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00449-MPB-MKK |
| | ) | |
| WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT in favor of the respondent and against the

petitioner. The petitioner's petition for a writ of habeas corpus is **dismissed without prejudice.**


Date:  June 30, 2023

Roger A.G. Sharpe, Clerk

BY: _Tricia M. Blanford_
Deputy Clerk, U.S. District Court

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana


Distribution:

JASON B. ISON
247785
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362

Katherine A Meltzer
Office of Indiana Attorney General
katherine.meltzer@atg.in.gov

Erica Lee Sawyer
INDIANA ATTORNEY GENERAL
Erica.Sawyer@atg.in.gov